IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania :
:
v. : No. 748 C.D. 2020
:
BLK Samsung Smart Phone/BLK :
Rubber Case, Property of Isaac :
Pearson :
:
Appeal of: Isaac Bilal Pearson :

**PER CURIAM**                **O R D E R**

NOW, April 29, 2022, having considered Appellant's application for reargument, the application is denied.